**Kulbir SINGH, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–71238.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 14, 2006.

Inna Lipkin, Esq., Law Offices of Kuldip Singh Dhariwal, Fremont, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, U.S. Department of Justice, Washington, DC, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, BEEZER and KOZINSKI, Circuit Judges.

MEMORANDUM **

Kulbir Singh, a native and citizen of India, petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's order denying his asylum application as untimely. We dismiss the petition for review.

We lack jurisdiction to review the agency's factual determination that Singh failed to demonstrate by clear and convincing evidence that he filed his application for asylum within one year of his last entry into the United States. *See* 8 U.S.C. § 1158(a)(3); *Ramadan v. Gonzales,* 427 F.3d 1218, 1221 (9th Cir.2005) (we have jurisdiction to review determinations regarding the one-year asylum bar only "insofar as a petition for review raises constitutional claims or questions of law").

**PETITION FOR REVIEW DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.